# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | | |
|---|---|---|
| **Jeffery Campbell,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No. 1:22-cv-01146-STA** |
| **v.** | ) | |
| | ) | |
| | ) | **JURY DEMANDED** |
| **Bosco Contractor Services, LLC,** | ) | |
| **and Louis Bosco, individually,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

**PLAINTIFF'S MOTION TO CONDITIONALLY CERTIFY COLLECTIVE ACTION, EQUITABLY TOLL THE STATUTE OF LIMITATIONS, AND FACILITATE NOTICE TO POTENTIAL MEMBERS OF THE COLLECTIVE**

**COMES NOW** Plaintiff Jeffery Campbell, on behalf of himself and all others similarly situated, by and through counsel, and files this motion, requesting the following relief:

(1) Plaintiff moves for authorization to proceed as a collective action for overtime violations under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216 (b), on behalf of similarly-situated past and present employees of Bosco Contractor Services, LLC, with the collective to be defined as follows: **all individuals employed by Bosco Contractor Services, LLC from July 6, 2019 to present, who did not perform work outside the state of Tennessee, who were compensated on an hourly basis, and who were denied the statutorily required overtime premium for all hours worked in excess of forty hours in a work week;**

(2) Plaintiff moves for an Order directing Defendants to produce to Plaintiff's counsel within ten (10) days of the Order granting this Motion a list containing the names, the last known addresses, last known email addresses, and phone numbers for hourly-paid personnel employed by Defendants from July 6, 2019 to present;

(3) Plaintiffs move for authorization to send notice, in the form attached hereto as **Exhibit A**, and consent to join, in the form attached hereto as **Exhibit B**, as well as a reminder notice, in the form attached hereto as **Exhibit C**, to all individuals whose names appear on the list produced by Defendants' counsel by first-class mail and email so that they can assert their claims on a timely basis as part of this litigation;

(4) Plaintiff moves that the statute of limitations for the putative class be tolled as of the date this action was filed;

(5) Plaintiff moves that the opt-in plaintiffs' Consent Forms be deemed "filed" on the date they are postmarked; and

(6) Plaintiffs move for an Order directing Defendants to post notice, in the form attached hereto as **Exhibit A**, in an employee designated area at all locations where putative class members work.

Grounds for this Motion are set forth in the contemporaneously filed Memorandum in Support.

Respectfully submitted,

s/Philip Oliphant
Alan G. Crone, TN Bar No. 014285
Philip Oliphant, TN Bar No. 025990
THE CRONE LAW FIRM, PLC
88 Union Avenue, 14th Floor
Memphis, TN 38103
901.737.7740 (voice)
901.474.7926 (fax)
acrone@cronelawfirmplc.com
poliphant@cronelawfirmplc.com

*Attorneys for Plaintiff*

## Certificate of Consultation

I, the undersigned, have made extensive effort to consult with Mark Donahoe, counsel for Defendant, regarding Plaintiff's Motion to Conditionally Certify Collective Action, without success. On October 20, 2022, I emailed Mr. Donahoe a draft of the motion, memorandum, and exhibits for his review. When I did not hear back, I left several messages and finally reached Mr. Donahoe on October 31. He informed me that he was meeting with co-counsel regarding the motion and would have a response by November 7, at the latest. When I did not hear from him, I left messages on November 8, 9, 10 and 14 but still received no reply.

*s/Philip Oliphant*
Philip Oliphant