IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

JEFFERY CAMPBELL,

   Plaintiff,

vs.                                      No. 1:21-cv-01146-STA-jay

BOSCO CONTRACTOR
SERVICES, LLC,
and
LOUIS BOSCO

   Defendants.

---

### ORDER DENYING CLASS CERTIFICATION AS MOOT

---

      Before the Court is Plaintiff's November 14, 2022 Motion to Certify Class. Docket Entry "D.E." 30. On December 29, 2022, Defendants filed a Notice of Settlement. D.E. 39. As such, the Motion to Certify Class is DENIED as MOOT.

      It is so ORDERED this the 3rd day of January, 2023.


                                              <u>s/Jon A. York</u>
                                       UNITED STATES MAGISTRATE JUDGE


**ANY OBJECTIONS OR EXCEPTIONS TO THIS ORDER MUST BE FILED WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY OF THE REPORT AND RECOMMENDATION. 28 U.S.C. § 636(b)(1). FAILURE TO FILE THEM WITHIN FOURTEEN (14) DAYS MAY CONSTITUTE A WAIVER OF OBJECTIONS, EXCEPTIONS, AND ANY FURTHER APPEAL.**