## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | |
|---|---|
| **Jeffery Campbell,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Case No.:  1:22-cv-01146-STA-jay** |
| **v.** ) | |
| ) | |
| **Bosco Contractor Services, LLC,** ) | |
| ) | |
| ) | |
| **Defendant.** ) | |

### ORDER GRANTING SEALED MOTION TO APPROVE SETTLEMENT

A hearing was held on February 17, 2023, on the parties' joint motion for settlement approval. (ECF No. 41.)  Both parties were represented by counsel. At the hearing, Plaintiff testified, *inter alia*, that he was satisfied with the proposed settlement. The Court finds that the proposed settlement (ECF No. 41-1) was negotiated in good faith and is reasonable under the circumstances. Accordingly, the motion for approval is **GRANTED**, all other claims are **DISMISSED** with prejudice, and the Clerk of the Court will enter judgment in accordance with this order.

IT IS SO ORDERED.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date:  February 17, 2023