UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE EASTERN DIVISION

---

| | |
|---|---|
| **JEFFERY CAMPBELL,** | **JUDGMENT IN A CIVIL CASE** |
|     **Plaintiff,** | |
| **vs.** | |
| **BOSCO CONTRACTOR SERVICES, LLC.,** | **CASE NO: 22-1146-STA-jay** |
|     **Defendant.** | |

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the ORDER GRANTING SEALED MOTION TO APPROVE SETTLEMENT entered on February 17, 2023, this cause is hereby DISMISSED with prejudice.

                                                    **APPROVED:**

**s/ S. Thomas Anderson**
**JUDGE UNITED STATES DISTRICT COURT**

**DATE: 2/17/2023**                        **Wendy R. Oliver**
                                                      **Clerk of Court**

                                                          **s/Maurice B. BRYSON**

                                                          **(By) Deputy Clerk**